UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Judy Lalonde | ) |
| | ) |
| Plaintiff, | ) Civil Action No.22-cv-30147-MGM |
| | ) |
| v. | ) |
| | ) |
| Massachusetts Mutual Life Insurance Company et al., | ) |
| | ) |
| Defendants, | ) |

ORDER OF DISMISSAL
March 29, 2024

In accord with the court's Memorandum and Order [DO#45] the Court ALLOWS Defendants' motion to dismiss (Dkt. No. 21) is GRANTED without prejudice as to Counts I and IV for conduct arising after December 3, 2020, but with prejudice as to conduct arising before that date. Counts II and III are dismissed with prejudice. Plaintiff's motion to strike (Dkt. No. 42) is DENIED as moot.

IT IS SO ORDERED.

By the Court,

 /s/ *Mark G. Mastroianni*
Mark G. Mastroianni
U.S. District Judge